# UNITED STATES DISTRICT COURT

# CALIFORNIA NORTHERN DISTRICT

| | |
|---|---|
| DR. WAYNE FURR, M..D.<br><br>Plaintiff,<br><br>v.<br><br>RALPH AGUILAR, Individually, ALAN KENT, Individually, and AGUILAR & SEBASTINELLI,<br><br>Defendants. | Case No.: 3:05-CV-03183-MEJ<br>ORDER RE: PARTIES'<br>~~STIPULATION REGARDING~~<br>DISMISSAL WITH PREJUDICE OF LAWSUIT BASED ON GLOBAL SETTLEMENT ~~BY THE PARTIES~~<br><br>AND ORDER CLOSING FILE |

**IT IS HEREBY STIPULATED** by and between the **PARTIES** hereto, through their respective counsel of record, as follows:

A. The Parties have reached a settlement agreement regarding all issues raised in this lawsuit.

B. The Defendants in this lawsuit are also parties to a related lawsuit filed by Dr. Thomas Wormuth, which was pending in the US District for California in San Francisco, <u>Wormuth v. Aguilar</u>, et al., case number: C 03-03943 VRW BZ.

C. On or about September 6, 2005, there was a settlement conference held in San Francisco regarding the <u>Wormuth</u> Case, by stipulation the Parties agreed to also address the <u>Furr</u> Case at that time and the parties reached a global settlement regarding the <u>Wormuth</u> and <u>Furr</u> Cases.

D. The Parties hereby stipulate to the dismissal with prejudice of <u>Furr v. Aguilar, et al.</u>, 3:05-CV-03183-MEJ US District Court, Northern District of California.

1

The above is stipulated to by the respective counsel for the **PARTIES** as follows:

IT IS SO STIPULATED.

**ATTORNEYS FOR PLAINTIFF DR. WAYNE FURR:**
THE ROBERTS LAW FIRM, P.C.
462 East Paces Ferry Road, N.E.
Atlanta, Georgia 30305
(404) 841-0661

_____
John A. Roberts, Esquire
Georgia State Bar No.: 608705
Attorney for Plaintiff WAYNE FURR, M.D.

**ATTORNEYS FOR DEFENDANTS RALPH AGUILAR, INDIVIDUALLY, AND AGUILAR & SEBASTINELLI:**
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, California 94108
(415) 788-1900

_____
Thomas, J. D'Amato, Esquire
California Bar No.: 219174
Attorney for Defendants
**RALPH AGUILAR, Individually,
and AGUILAR & SEBASTINELLI**

**ATTORNEYS FOR DEFENDANT ALAN KENT, INDIVIDUALLY:**
Philip S. Ryan, Esquire
Law Office of Phillip Scott Ryan
944 Union Street
San Francisco, California 94133
(415) 614-0855

_____
Philip S. Ryan, Esquire
California Bar No.: 47112
Attorney for Defendant
**ALAN KENT, Individually**

# UNITED STATES DISTRICT COURT

# CALIFORNIA NORTHERN DISTRICT

| | |
|---|---|
| DR. WAYNE FURR, M..D.<br><br>        Plaintiff,<br><br>v.<br><br>RALPH AGUILAR, Individually, ALAN KENT, Individually, and AGUILAR & SEBASTINELLI,<br><br>        Defendants. | Case No.: 3:05-CV-03183-MEJ<br>ORDER RE: PARTIES'<br>~~STIPULATION REGARDING~~<br>DISMISSAL WITH PREJUDICE OF LAWSUIT BASED ON GLOBAL SETTLEMENT ~~BY THE PARTIES~~ AND ORDER CLOSING FILE |

**IT IS HEREBY STIPULATED** by and between the **PARTIES** hereto, through their respective counsel of record, as follows:

A. The Parties have reached a settlement agreement regarding all issues raised in this lawsuit.

B. The Defendants in this lawsuit are also parties to a related lawsuit filed by Dr. Thomas Wormuth, which was pending in the US District for California in San Francisco, <u>Wormuth v. Aguilar</u>, et al., case number: C 03-03943 VRW BZ.

C. On or about September 6, 2005, there was a settlement conference held in San Francisco regarding the <u>Wormuth</u> Case, by stipulation the Parties agreed to also address the <u>Furr</u> Case at that time and the parties reached a global settlement regarding the <u>Wormuth</u> and <u>Furr</u> Cases.

D. The Parties hereby stipulate to the dismissal with prejudice of <u>Furr v. Aguilar, et al.</u>, 3:05-CV-03183-MEJ US District Court, Northern District of California.

1

The above is stipulated to by the respective counsel for the **PARTIES** as follows:

IT IS SO STIPULATED.

**ATTORNEYS FOR PLAINTIFF DR. WAYNE FURR:**
THE ROBERTS LAW FIRM, P.C.
462 East Paces Ferry Road, N.E.
Atlanta, Georgia 30305
(404) 841-0661


_____
John A. Roberts, Esquire
Georgia State Bar No.: 608705
Attorney for Plaintiff WAYNE FURR, M.D.

**ATTORNEYS FOR DEFENDANTS RALPH AGUILAR, INDIVIDUALLY, AND AGUILAR & SEBASTINELLI:**
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, California 94108
(415) 788-1900


_____
Thomas, J. D'Amato, Esquire
California Bar No.: 219174
Attorney for Defendants
**RALPH AGUILAR, Individually,
and AGUILAR & SEBASTINELLI**


**ATTORNEYS FOR DEFENDANT ALAN KENT, INDIVIDUALLY:**
Philip S. Ryan, Esquire
Law Office of Phillip Scott Ryan
944 Union Street
San Francisco, California 94133
(415) 614-0855


_____
Philip S. Ryan, Esquire
California Bar No.: 47112
Attorney for Defendant
**ALAN KENT, Individually**

2

## ORDER

**IT IS APPROVED AND SO ORDERED.** The Clerk of Court shall close the file.

DATED: October 21, 2005

_____
United States District Court Judge
Northern District of California
The Honorable Maria-Elena James

3